# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ONLINE SHEET MUSIC, INC., *etc.*, | Case No. CV13-05193-SVW-SS |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| MUSICNOTES, INC., *etc.*, | |
| Defendant. | |
| | JS-6 |
| MUSICNOTES, INC., *etc.*, | |
| Counter-Claimant, | |
| vs. | |
| ONLINE SHEET MUSIC, INC., *etc.*, | |
| Counter-Defendant. | |

## ORDER

Pursuant to the Stipulation of plaintiff and counter-defendant Online Sheet Music, Inc., and defendant and counter-claimant Musicnotes, Inc., this action is hereby DISMISSED in its entirety, with prejudice and each party to bear its respective attorneys' fees and costs, and the Court hereby retains jurisdiction to enforce the settlement reached by and between the parties.

**IT IS SO ORDERED.**

Dated:  March 11, 2014

_____
The Honorable Stephen V. Wilson
United States District Judge

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Plaintiff and Counter-Defendant
ONLINE SHEET MUSIC, INC.